No. 83–1492.   NATIONAL RAILROAD PASSENGER CORPORATION *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.   C. A. 7th Cir.   [Probable jurisdiction noted, *ante*, p. 813]; and

No. 83–1633. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 7th Cir. [Probable jurisdiction postponed, *ante*, p. 813.] Motion of the Solicitor General for divided argument granted.